IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

**NATHAN PATRICK BENORE,**

    **Plaintiff,**

v.                                          Case No. 1:23-cv-213-AW-HTC

**THOMAS, et al.,**

    **Defendants.**

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

This is a pro se prisoner case. The magistrate judge recommends dismissal because Plaintiff has not complied with court orders requiring him to pay the initial filing fee and because Plaintiff did not accurately disclose his litigation history. ECF No. 16. Plaintiff has filed objections, ECF No. 19, and I have considered the matter de novo.

Having carefully considered the matter, I now adopt the report and recommendation and incorporate it into this order. For the two independent reasons set out in the report and recommendation, the court will dismiss the case without prejudice. The clerk will enter a judgment that says, "This case is dismissed without prejudice for Plaintiff's failure to comply with court orders and as malicious under 28 U.S.C. § 1915(e)(2)(B)(i) for Plaintiff's abuse of the judicial process." The clerk will then close the file.

1

SO ORDERED on January 2, 2024.

                                        s/ *Allen Winsor*  
                                        United States District Judge